# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CRAIG BORZELLECA,** : | |
|   Plaintiff, : | |
| : | |
| V. : | **CIVIL ACTION NO. 21-CV-3333** |
| : | |
| **THE GEO GROUP,** : | |
|   Defendant. : | |

## ORDER

AND NOW, this 2nd day of August, 2021, upon consideration of Plaintiff Craig Borzelleca's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Clerk of Court is **DIRECTED** to strike "George W. Hill Correctional Facility" as a defendant.

4. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

5. The Clerk of Court shall **CLOSE** this case.

                    **BY THE COURT:**

                    /s/Joel H. Slomsky, J.
                    **JOEL H. SLOMSKY, J.**